United States District Court
# EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

Shamika Luciano

**Defendant**

**ORDER SETTING CONDITIONS OF RELEASE AND BOND**

Case No.: CR-12-357-06-DRH-AKT

*Filed U.S. Clerk's Office, U.S. District Court E.D.N.Y., DEC 23 2013, Long Island Office*

## RELEASE ORDER

It is hereby ORDERED that the above-named defendant be released as follows, subject to the Standard Conditions of Bond on the reverse and:

[ ] Upon Personal Recognizance Bond on his/her promise to appear at all scheduled proceedings as required, or
[ ] Upon Unsecured Bond executed by defendant in the amount of $_____, or
[✓] Upon Secured Appearance Bond as provided herein.

### Additional Conditions of Release

Upon finding that release under the standard conditions detailed on the reverse will not by themselves reasonably assure the appearance of the defendant and the safety of other persons and the community, IT IS FURTHER ORDERED that the defendant is subject to the following additional conditions of release:

[✓] 1. The defendant must remain in and may not leave the following areas without Court permission: **EDNY, SDNY**

[✓] 2. The defendant shall avoid all contact and not associate with any of the following persons or entities: **no contact with any witness or victim (except immediate family); no contact with any co-defendant except in the presence of counsel**

[ ] 3. The defendant shall avoid and not go to any of the following locations: _____

[✓] 4. The defendant shall surrender any and all passports to the U.S. Pretrial Services Agency by **HAS NONE** and shall not apply for any other passport.

[✓] 5. Defendant is placed under the express supervision of the Pretrial Services Agency, subject to the Special Conditions on the reverse, if applicable, and
  [✓] is subject to random visits by a Pretrial Services officer at defendant's home and/or place of work;
  [✓] must report to that agency ( ) in person _____ times per _____ and/or ( ) by telephone _____ times per _____ **as PTS directs**
  [✓] is subject to home detention with electronic monitoring with the following conditions: **medical appointments; visits with counsel; court appearances; religious services; put children on schoolbus & pick them up**
  [✓] must undergo [✓] random drug testing [✓] evaluation and/or [ ] treatment, for [✓] substance abuse [ ] alcoholism [ ] mental health problems.
  [ ] must pay the cost of treatment and/or electronic monitoring by with personal funds and/or insurance.

[✓] 6. Other Conditions: **defendant has daily curfew from 7 p.m. to 7 a.m.**

### APPEARANCE BOND

The undersigned defendant and sureties jointly and severally acknowledge that I/we and my/our personal representatives, jointly and severally, are bound to pay to the United States of America the sum of $ **$500,000 / $250,000 secured**
The undersigned agree(s) that this obligation is secured with his/her/their interest in the following property ("Collateral") which he/she/they represent is/are free and clear of liens except as otherwise indicated:

[ ] cash deposited in the Registry of the Court the sum of $_____
[✓] premises located at: **674 Hawkins Rd. East Coram, NY 11727** owned by **Shamika Luciano + David Luciano**
[ ] I/We also agree to execute a confession of judgment in form approved by the U.S. Attorney which shall be duly filed with the proper local and state authorities on or before _____
[ ] Other Conditions: _____

_[signature]_ David Luciano, Surety   Address: **674 Hawkins Rd E Coram NY 11727**
_[signature]_ Ivette Rivera, Surety   Address: **1011 Spruce Dr. Holbrook N.Y. 11741**
_[signature]_ _____ Valet Jr., Surety   Address: **5 Sanny Dr Bellport NY 11713**

The Court has advised the defendant of the conditions of release per 18:3142(h)(1) and (h)(2). This bond is conditioned upon the appearance of the defendant and is subject to the Standard Conditions of Bond set forth on the reverse. If the defendant fails to appear as ordered or notified, or any other condition of this bond is not met, this bond shall be due forthwith.

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth on the reverse of this form.

_[signature]_ Signature of Defendant

Release of the Defendant is hereby ordered on 12-23-2013

_____, USMJ
A. Kathleen Tomlinson

Distribution:   White-Original   Canary - Courtroom Deputy   Pink - Pretrial Services   Goldenrod - Defendant

**United States District Court**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA | **ORDER SETTING CONDITIONS** |
| V. | **OF RELEASE AND BOND -** *Page 2-Additional Sureties* |
| Shamika Luciano | Case No.: CR-12-357-06-DRH-AKT |

*Additional Sureties:*

Surety *Richard Rothberg* — Address: 3221 waterbridge ct Kissimmee FL. 34744

Surety *Maria Mejias* — Address: 8801 107th St Richmond Hill, NY

Surety *Luis Ruiz* — Address: 389 Boyle RD

Surety ~~Richard Carto~~ — Address:

Surety *Steve Velencia* — Address:

Surety *Shamika Luciano* — Address: 674 Hawkins Rd. E Coram NY 11727

Surety — Address: